UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**LEROY WILLIAMS,**

                           **Plaintiff,**

    **- v -**　　　　　　　　　　　　　　　　　　　　　　**Civ. No. 9:08-CV-880 (TJM/RFT)**

**D. DROWN, Civilian Hearing Officer,
Clinton Correctional Facility,**

                           **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I. INTRODUCTION**

    This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated July 26, 2010 have been filed, and the time to do so has expired. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

    It is therefore,

    **ORDERED** that Defendant's Motion for Summary Judgment (Dkt. No. 24) is

**GRANTED** and Plaintiff's Cross-Motion for Summary Judgment (Dkt. No. 29) is **DENIED**, and the entire action is **DISMISSED**.   The Clerk of the Court is instructed to enter judgment in favor of Defendant and to close the file in this matter.

**IT IS SO ORDERED**

DATED:September 3, 2010

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge